```
                      UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
                        FORT LAUDERDALE DIVISION
                         CASE NO. 24-MJ-02454


UNITED STATES OF AMERICA,                     Miami, Florida

                                              March 13, 2024
          vs.


MICHAEL DULFO,

                Defendant.                    Pages 1 to 7
_____

                    TRANSCRIPT OF RECORDED HEARING
                BEFORE THE HONORABLE JARED M. STRAUSS
                   UNITED STATES MAGISTRATE JUDGE

APPEARANCES:


FOR THE GOVERNMENT:              Brian Dobbins, Esquire
                                 U.S. Attorney's Office
                                 99 Northeast 4th Street
                                 Miami, Florida 33132


FOR THE DEFENDANT:               Paul Joseph Donnelly, Esquire
                                 8101 Biscayne Boulevard
                                 Suite 311
                                 Miami, Florida 33138

STENOGRAPHICALLY TRANSCRIBED BY:

                                 PATRICIA BAILEY-ENTIN, RPR, FPR
                                 Official Court Reporter
                                 United States District Court
                                 299 East Broward Boulevard
                                 Fort Lauderdale, Florida 33301
```

```
 1                    (Call to the order of court.)
 2            THE COURT:  Let me call United States of America v.
 3   Michael Dulfo.  It's Case Number 24-2454.  If I could please
 4   have Mr. Dulfo and appearances from both parties, starting with
 5   the Government.
 6            MR. DOBBINS:  Good morning, Your Honor.  Brian Dobbins
 7   on behalf of the United States.
 8            THE COURT:  Good morning, Mr. Dobbins.
 9            MR. DONNELLY:  Good morning, Your Honor.  Paul Donnelly
10   for Michael Dulfo.  He's present to my right.
11            THE COURT:  Good morning, Mr. Donnelly.  Good morning,
12   Mr. Dulfo.
13            THE DEFENDANT:  Good morning.
14            THE COURT:  We are set for a pretrial detention
15   hearing.  Mr. Dobbins, you indicated that we have a stipulation
16   here.  Either Mr. Donnelly or Mr. Dobbins can tell me what the
17   terms of the stipulation are.
18            MR. DOBBINS:  Judge --
19            MR. DONNELLY:  I --
20            MR. DOBBINS:  I'm sorry.  Go ahead.
21            MR. DONNELLY:  No.  I was going to say, Judge, I have
22   spoken to Mr. Dulfo and we're going to stipulate to pretrial
23   detention, reserve his right to revisit.
24            THE COURT:  Okay.  So, Mr. Dulfo, you understand we
25   were set for a hearing today to determine whether there are
```

```
 1   reasonable conditions of release I could set in your case or
 2   whether it would be required that you be held in pretrial
 3   detention.  You do have a right to that hearing.
 4          What Mr. Donnelly is indicating is that you're willing
 5   to agree, stipulate to being held in a detention for now and --
 6   but reserve the right to have the hearing we were going to have
 7   today at any time.
 8          Do you understand that?
 9          THE DEFENDANT:  Yes, sir.
10          THE COURT:  Is that what you want to do today?
11          THE DEFENDANT:  Yes, sir.
12          THE COURT:  All right.  I'm going to accept the
13   parties' joint stipulation to detention.  I want the record to
14   reflect no hearing has been held, and again, Mr. Dulfo has the
15   right to demand a detention hearing at any time.
16          Having addressed that, I believe arraignment is already
17   set in this case.  Is there anything we need -- else we need to
18   address -- actually, we need to enter the Brady order given Mr.
19   Donnelly's appearance.  So I am going to order, as required by
20   5F of the rules of criminal procedure, that the United States
21   is ordered to disclose all evidence to the defendant that is
22   exculpatory; that is evidence that favors the defendant or
23   casts doubt on the United States's case as required by Brady v.
24   Maryland and it's progeny.
25          The Government has a duty to disclose any evidence that
```

```
 1   goes towards getting the defendant's guilt, the credibility of
 2   a witness, or that would reduce a potential sentence.  The
 3   defendant is not entitled -- excuse me.  The defendant is
 4   entitled to this information without a request.  Not providing
 5   it in a timely manner may result in consequences including but
 6   not limited to exclusion of evidence, adverse jury
 7   instructions, dismissal of charges, contempt proceedings,
 8   disciplinary action or sanctions by the Court.  And if
 9   disclosure of any information is debatable, the Government
10   should submit it to the Court for an in camera inspection.
11          Having addressed that, is there anything further we
12   need to address regarding Mr. Dulfo, Mr. Dobbins?
13          MR. DOBBINS:  Nothing from the Government, Your Honor.
14          THE COURT:  Mr. Donnelly.
15          MR. DONNELLY:  No thanks.
16          THE COURT:  All right.  Then --
17          (Recorded hearing concluded.)
18
19
20
21
22
23
24
25
```

```
 1
 2                              -  -  -
 3                       C E R T I F I C A T E
 4                              -  -  -
 5
 6   I, TRISH BAILEY-ENTIN, Stenographic Reporter, State of Florida
 7   at Large, certify that I was authorized to and did
 8   stenographically transcribe the foregoing proceedings and that
 9   the transcript is a true and complete record of my stenographic
10   notes.
11
12             Dated this 20th day of March 2024.
13
14
15                            /s/ Patricia Bailey-Entin
16                       _____
17                       PATRICIA BAILEY-ENTIN, RPR, FPR
18
19
20
21
22
23
24
25
```

## /

**/s** [1] - 5:15

## 1

**1** [1] - 1:8
**13** [1] - 1:5

## 2

**2024** [2] - 1:5, 5:12
**20th** [1] - 5:12
**24-2454** [1] - 2:3
**24-MJ-02454** [1] - 1:2
**299** [1] - 1:21

## 3

**311** [1] - 1:17
**33132** [1] - 1:14
**33138** [1] - 1:17
**33301** [1] - 1:21

## 4

**4th** [1] - 1:14

## 5

**5F** [1] - 3:20

## 6

**6** [1] - 1:8

## 8

**8101** [1] - 1:16

## 9

**99** [1] - 1:14

## A

**accept** [1] - 3:12
**action** [1] - 4:8
**address** [2] - 3:18, 4:12
**addressed** [2] - 3:16, 4:11
**adverse** [1] - 4:6
**agree** [1] - 3:5
**ahead** [1] - 2:20
**AMERICA** [1] - 1:4
**America** [1] - 2:2
**appearance** [1] - 3:19
**APPEARANCES** [1] - 1:11
**appearances** [1] - 2:4
**arraignment** [1] - 3:16
**Attorney's** [1] - 1:13
**authorized** [1] - 5:7

## B

**BAILEY** [3] - 1:19, 5:6, 5:17
**Bailey** [1] - 5:15
**BAILEY-ENTIN** [3] - 1:19, 5:6, 5:17
**Bailey-Entin** [1] - 5:15
**BEFORE** [1] - 1:10
**behalf** [1] - 2:7
**Biscayne** [1] - 1:16
**Boulevard** [2] - 1:16, 1:21
**Brady** [2] - 3:18, 3:23
**Brian** [2] - 1:13, 2:6
**Broward** [1] - 1:21
**BY** [1] - 1:18

## C

**camera** [1] - 4:10
**Case** [1] - 2:3
**CASE** [1] - 1:2
**case** [3] - 3:1, 3:17, 3:23
**casts** [1] - 3:23
**certify** [1] - 5:7
**charges** [1] - 4:7
**complete** [1] - 5:9
**concluded** [1] - 4:17
**conditions** [1] - 3:1
**consequences** [1] - 4:5
**contempt** [1] - 4:7
**Court** [4] - 1:20, 1:20, 4:8, 4:10
**COURT** [10] - 1:1, 2:2, 2:8, 2:11, 2:14, 2:24, 3:10, 3:12, 4:14, 4:16
**court** [1] - 2:1
**credibility** [1] - 4:1
**criminal** [1] - 3:20

## D

**dated** [1] - 5:12
**debatable** [1] - 4:9
**Defendant** [1] - 1:8
**defendant** [4] - 3:21, 3:22, 4:3
**DEFENDANT** [4] - 1:16, 2:13, 3:9, 3:11
**defendant's** [1] - 4:1
**demand** [1] - 3:15
**detention** [6] - 2:14, 2:23, 3:3, 3:5, 3:13, 3:15
**determine** [1] - 2:25
**disciplinary** [1] - 4:8
**disclose** [2] - 3:21, 3:25
**disclosure** [1] - 4:9
**dismissal** [1] - 4:7
**District** [1] - 1:20
**DISTRICT** [2] - 1:1, 1:1
**DIVISION** [1] - 1:2
**DOBBINS** [4] - 2:6, 2:18, 2:20, 4:13
**Dobbins** [6] - 1:13, 2:6, 2:8, 2:15, 2:16, 4:12
**DONNELLY** [4] - 2:9, 2:19, 2:21, 4:15
**Donnelly** [6] - 1:16, 2:9, 2:11, 2:16, 3:4, 4:14
**Donnelly's** [1] - 3:19
**doubt** [1] - 3:23
**DULFO** [1] - 1:7
**Dulfo** [8] - 2:3, 2:4, 2:10, 2:12, 2:22, 2:24, 3:14, 4:12
**duty** [1] - 3:25

## E

**East** [1] - 1:21
**either** [1] - 2:16
**enter** [1] - 3:18
**Entin** [1] - 5:15
**ENTIN** [3] - 1:19, 5:6, 5:17
**entitled** [2] - 4:3, 4:4
**Esquire** [2] - 1:13, 1:16
**evidence** [4] - 3:21, 3:22, 3:25, 4:6
**exclusion** [1] - 4:6
**exculpatory** [1] - 3:22
**excuse** [1] - 4:3

## F

**favors** [1] - 3:22
**FLORIDA** [1] - 1:1
**Florida** [5] - 1:4, 1:14, 1:17, 1:21, 5:6
**FOR** [2] - 1:13, 1:16
**foregoing** [1] - 5:8
**Fort** [1] - 1:21
**FORT** [1] - 1:2
**FPR** [2] - 1:19, 5:17

## G

**given** [1] - 3:18
**GOVERNMENT** [1] - 1:13
**Government** [4] - 2:5, 3:25, 4:9, 4:13
**guilt** [1] - 4:1

## H

**hearing** [7] - 2:15, 2:25, 3:3, 3:6, 3:14, 3:15, 4:17
**HEARING** [1] - 1:9
**held** [3] - 3:2, 3:5, 3:14
**Honor** [3] - 2:6, 2:9, 4:13
**HONORABLE** [1] - 1:10

## I

**including** [1] - 4:5
**indicated** [1] - 2:15
**indicating** [1] - 3:4
**information** [2] - 4:4, 4:9
**inspection** [1] - 4:10
**instructions** [1] - 4:7

## J

**JARED** [1] - 1:10
**joint** [1] - 3:13
**Joseph** [1] - 1:16
**judge** [1] - 2:18
**JUDGE** [1] - 1:10
**Judge** [1] - 2:21
**jury** [1] - 4:6

## L

**Large** [1] - 5:7
**Lauderdale** [1] - 1:21
**LAUDERDALE** [1] - 1:2
**limited** [1] - 4:6

## M

**MAGISTRATE** [1] - 1:10
**manner** [1] - 4:5
**March** [2] - 1:5, 5:12
**Maryland** [1] - 3:24
**Miami** [3] - 1:4, 1:14, 1:17
**Michael** [2] - 2:3, 2:10
**MICHAEL** [1] - 1:7

**morning** [6] - 2:6, 2:8, 2:9, 2:11, 2:13
**MR** [8] - 2:6, 2:9, 2:18, 2:19, 2:20, 2:21, 4:13, 4:15

## N

**need** [4] - 3:17, 3:18, 4:12
**NO** [1] - 1:2
**Northeast** [1] - 1:14
**notes** [1] - 5:10
**nothing** [1] - 4:13
**Number** [1] - 2:3

## O

**OF** [3] - 1:1, 1:4, 1:9
**Office** [1] - 1:13
**Official** [1] - 1:20
**order** [3] - 2:1, 3:18, 3:19
**ordered** [1] - 3:21

## P

**Pages** [1] - 1:8
**parties** [1] - 2:4
**parties'** [1] - 3:13
**Patricia** [1] - 5:15
**PATRICIA** [2] - 1:19, 5:17
**Paul** [2] - 1:16, 2:9
**potential** [1] - 4:2
**present** [1] - 2:10
**pretrial** [3] - 2:14, 2:22, 3:2
**procedure** [1] - 3:20
**proceedings** [2] - 4:7, 5:8
**progeny** [1] - 3:24
**providing** [1] - 4:4

## R

**reasonable** [1] - 3:1
**record** [2] - 3:13, 5:9
**RECORDED** [1] - 1:9
**Recorded** [1] - 4:17
**reduce** [1] - 4:2
**reflect** [1] - 3:14
**regarding** [1] - 4:12
**release** [1] - 3:1
**Reporter** [2] - 1:20, 5:6
**request** [1] - 4:4
**required** [3] - 3:2, 3:19, 3:23
**reserve** [2] - 2:23, 3:6

**result** [1] - 4:5
**revisit** [1] - 2:23
**RPR** [2] - 1:19, 5:17
**rules** [1] - 3:20

### S

**sanctions** [1] - 4:8
**sentence** [1] - 4:2
**set** [4] - 2:14, 2:25, 3:1, 3:17
**sorry** [1] - 2:20
**SOUTHERN** [1] - 1:1
**spoken** [1] - 2:22
**starting** [1] - 2:4
**State** [1] - 5:6
**States** [4] - 1:20, 2:2, 2:7, 3:20
**STATES** [3] - 1:1, 1:4, 1:10
**States's** [1] - 3:23
**Stenographic** [1] - 5:6
**stenographic** [1] - 5:9
**STENOGRAPHICALLY** [1] - 1:18
**stenographically** [1] - 5:8
**stipulate** [2] - 2:22, 3:5
**stipulation** [3] - 2:15, 2:17, 3:13
**STRAUSS** [1] - 1:10
**Street** [1] - 1:14
**submit** [1] - 4:10
**Suite** [1] - 1:17

### T

**terms** [1] - 2:17
**THE** [15] - 1:10, 1:13, 1:16, 2:2, 2:8, 2:11, 2:13, 2:14, 2:24, 3:9, 3:10, 3:11, 3:12, 4:14, 4:16
**timely** [1] - 4:5
**today** [3] - 2:25, 3:7, 3:10
**towards** [1] - 4:1
**transcribe** [1] - 5:8
**TRANSCRIBED** [1] - 1:18
**transcript** [1] - 5:9
**TRANSCRIPT** [1] - 1:9
**TRISH** [1] - 5:6
**true** [1] - 5:9

### U

**U.S** [1] - 1:13
**United** [5] - 1:20, 2:2, 2:7, 3:20, 3:23
**UNITED** [3] - 1:1, 1:4, 1:10

### V

**vs** [1] - 1:5

### W

**willing** [1] - 3:4
**witness** [1] - 4:2